

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Eva Lou Holland Joyner and Thomas Stephens Joyner

No. 06-18-00066-CV

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 40,027). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED DECEMBER 14, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk